Robert W. Thompson, Esq. (SBN 106411)
Charles S. Russell, Esq. (SBN 233912)
CALLAHAN MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, California 92780
Tel:   714-730-5700
Fax:   714-730-1642

George A. Hanson (*pro hac vice*)
Richard M. Paul III (*pro hac vice*)
Lee Anderson (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

**ATTORNEYS FOR PLAINTIFFS**

Joel E. Krischer
Joseph B. Farrell
Gene Chang
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560

Angela K. Knarr
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925

**ATTORNEYS FOR DEFENDANT**

O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MICHELLE TEETER, individually, and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>NCR CORPORATION,<br><br>                    Defendant. | Case No. 5:08-cv-00297-SGL (JCRx)<br><br>**ORDER CONTINUING HEARING DATES ON MOTION FOR CLASS AND CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

# **ORDER**

For good cause shown and for the reasons stated in the parties' Joint Stipulation to Continue Hearing Dates on Motion for Class and Conditional Collective Action Certification and Motion for Partial Summary Judgment, it is hereby ORDERED that:

1. The hearing date on Plaintiffs' Motion for Class and Conditional Collective Action Certification, currently set for October 27, 2008, is continued to January 12, 2009, at 10:00 a.m.; and

2. The hearing date on Defendant's Motion for Partial Summary Judgment, currently set for November 17, 2008, is continued to January 12, 2009, at 10:00 a.m., in Courtroom One of this court.

Dated: October 23, 2008_____

*/s/ S.G. Larson*

Stephen G. Larson
United States District Judge