# EXHIBIT A

Robert W. Thompson, Esq. (SBN 106411)
Charles S. Russell, Esq. (SBN 233912)
CALLAHAN MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, California 92780
Tel:  714-730-5700
Fax:  714-730-1642

George A. Hanson (appearing *pro hac vice*)
Richard M. Paul III (appearing *pro hac vice*)
Lee Anderson (appearing *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  816-714-7100
Fax:  816-714-7101

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MICHELLE TEETER, individually, and on behalf of a class of others similarly situated,<br><br>                  Plaintiffs,<br>v.<br><br>NCR CORPORATION, *et al.*<br><br>                  Defendants. | Case No. 5:08-cv-00297-SGL-JCR<br><br>**DECLARATION OF RICHARD M. PAUL III IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEY FEES AND EXPENSES** |

I, Richard M. Paul III, hereby declare as follows:

1. I am an attorney in the law firm of Stueve Siegel Hanson LLP. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by

our firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment by our firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

3. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in both contingent and non-contingent matters and/or which have otherwise been accepted and approved in other litigation.

4. The total number of hours expended on this litigation by my firm is 1,415.94 hours through July 23, 2009. The total lodestar for my firm is $541,142.69, consisting of $489,520.50 for attorneys' time and $51,622.19 for professional support staff time.

5. Stueve Siegel Hanson LLP ("SSH") regularly reviews published hourly rates received in contingent and non-contingent fee litigation, including a recent survey conducted by the Missouri Lawyers Weekly ("MLW"), as well as rates charged by plaintiff firms with a similar practice in complex class and collective action litigation like SSH, as a guide in setting its hourly rates. In the recent MLW survey, hourly rates for partners in Missouri law firms handling complex class actions and business litigation ranged between $475 to $560 per hour.

6. It is my experience that attorneys at law firms in California with comparable legal practices charge higher rates than those charged in Missouri.

7. The hourly billing rates charged by the attorneys and paralegals at Stueve Siegel Hanson have been approved when granting fee awards in other class action settlements. *E.g. Gen'l Motors Dex-Cool Gasket Cases*, Case No. 4495, Superior Court of Alameda County, California, Oct. 23, 2008; *Roy v. Hyundai Motor Am. Inc.*, Case No. 05-483, U.S. Dist. Ct., C.D. Cal., April 10, 2006.

8. My firm's lodestar figures are based on the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9. As detailed in Exhibit 2, my firm has incurred a total of $34,632.23 in un-reimbursed expenses in connection with the prosecution of this litigation. In addition, my firm will incur additional out-of-pocket expenses associated with preparing for and attending the hearing on the parties' joint motion for final approval of the settlement and Plaintiffs' application for fees and expenses.

10. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred. My firm maintains the supporting documentation for the expenses incurred in this action, which are available at the request of the Court. All of these expenses are expenses that my firm typically charges hourly fee-paying clients.

11. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a firm resume for my law firm. The resume reflects the extensive experience my firm and the lawyers responsible for this case have with complex class and collective actions, and particularly with large FLSA class and collective actions. I personally have served as lead or co-lead class counsel in numerous certified class actions.

12. My law firm's usual contingent-fee rate is above the 25 percent Plaintiffs' counsel request the Court award in this case. My firm's fee agreements with individual Plaintiffs who opted into this case prior to class notice being sent is for a contingent-fee of 35 percent of any recovery after deduction and reimbursement of court costs and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this July 24, 2009, at Kansas City, Missouri.

_____
Richard M. Paul III

EXHIBIT 1

Teeter v. NCR Corporation
08-cv-00297 SGL-JCR
USDC, Central District of California


STUEVE SIEGEL HANSON LLP
TIME REPORT – Inception through July 23, 2009

| NAME | RATE | HOURS | LODESTAR |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Lee Anderson | 280.00 | 343.57 | $96,199.60 |
| Virginia Stevens Crimmins | 350.00 | 3.40 | $1,190.00 |
| Matthew Dameron | 315.00 | 55.30 | $17,419.50 |
| George A. Hanson | 560.00 | 201.40 | $112,784.00 |
| Todd McGuire | 420.00 | 6.25 | $2,625.00 |
| Richard M. Paul III | 490.00 | 526 | $257,740.00 |
| Ashlea Schwarz | 252.00 | 6.20 | $1,562.40 |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Sherry Barry | 196.00 | 1.0 | $196.00 |
| Brooke Berry | 140.00 | 3.88 | $542.31 |
| Carla Broadnax | 196.00 | 45.59 | $8,935.68 |
| Katrina Cervantes | 196.00 | 6.25 | $1,225.00 |
| April Davis | 196.00 | 62.05 | $12,161.80 |
| Allison Gilbert | 196.00 | 115.75 | $22,687.00 |
| Mary Rose Marquart | 196.00 | 2.20 | $431.20 |
| Patty Moreland | 140.00 | 29.6 | $4,155.20 |
| Julie Olivas | 140.00 | .75 | $105.00 |
| Cheri Perez | 168.00 | 5.0 | $840.00 |
| Adrian Weiner | 196.00 | 1.75 | $343.00 |
| | | | |
| **TOTAL LODESTAR:** | | 1,415.94 | $541,142.69 |

SSH 0633-128039

EXHIBIT 2

**Teeter v. NCR Corporation**
**08-cv-00297 SGL-JCR**
**USDC, Central District of California**

STUEVE SIEGEL HANSON LLP
EXPENSE REPORT – Inception through July 23, 2009

| CATEGORIES: | AMOUNT |
|---|---:|
| Airfare | $7,147.00 |
| Copy and Print | $1,736.50 |
| Court Fees | $1,090.00 |
| Federal Express | $405.13 |
| Ground Transportation | $2,178.80 |
| Lodging | $5,237.58 |
| Long Distance (Inter Call) | $45.84 |
| Meals | $1,302.35 |
| Mediator | $5,000.00 |
| Misc./Other Expenses | $2.00 |
| Online Research (PACER) | $64.00 |
| Online Research (Westlaw) | $4,672.50 |
| Postage | $134.51 |
| Process Servers | $125.00 |
| Transcript/Video | $5,491.02 |
| | |
| **TOTAL EXPENSES:** | **$34,632.23** |